**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>SHANNAN HALL<br><br>Debtor(s) | Case No. 17-06783 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/06/2017.

2) The plan was confirmed on 06/01/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/04/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/08/2018.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,368.50 |
| Less amount refunded to debtor | $346.00 |

**NET RECEIPTS:** **$4,022.50**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,542.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $187.79 |
| Other | $15.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,745.73**

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES AND LEASE OWNER | Secured | 500.00 | 607.00 | 500.00 | 63.13 | 9.40 |
| AARONS SALES AND LEASE OWNER | Unsecured | 1,300.00 | 1,667.70 | 1,774.70 | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 5.88 | 5.88 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 7.21 | 7.21 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,168.00 | 1,168.00 | 116.80 | 0.00 |
| ATLAS ACQUISITIONS LLC | Secured | NA | 1,168.00 | 1,168.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 870.00 | NA | NA | 0.00 | 0.00 |
| Bright Star Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CB/CARSON | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| CB/EXPRESS | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,500.00 | 2,540.80 | 2,540.80 | 0.00 | 0.00 |
| CITY OF ROLLING MEADOWS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 352.00 | 395.38 | 395.38 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 589.00 | 2,357.00 | 2,357.00 | 0.00 | 0.00 |
| CRANDON EMERGENCY PHYSICINA | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 424.00 | 424.36 | 424.36 | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUI | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 660.17 | 660.17 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 276.00 | 363.27 | 363.27 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 194.00 | 1,000.74 | 1,000.74 | 0.00 | 0.00 |
| PLS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 500.26 | 500.26 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 460.00 | 460.61 | 460.61 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 467.00 | 467.56 | 467.56 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 364.00 | 408.53 | 408.53 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 532.06 | 532.06 | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SKOPOS FINANCIAL LLC | Unsecured | 7,179.00 | NA | NA | 0.00 | 0.00 |
| SKOPOS FINANCIAL LLC | Secured | 4,600.00 | 11,810.74 | 11,810.74 | 1,578.38 | 509.06 |
| SPRINT NEXTEL | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 500.00 | 825.57 | 825.57 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 95.00 | 89.85 | 89.85 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 10,668.00 | 11,014.20 | 11,014.20 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 9,023.00 | 9,831.91 | 9,831.91 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 4,094.00 | 4,540.88 | 4,540.88 | 0.00 | 0.00 |
| US DEPT OF ED/NAVIENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MAYWOOD | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVER FOREST | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN HEALTH CARE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,810.74 | $1,578.38 | $509.06 |
| All Other Secured | $1,668.00 | $63.13 | $9.40 |
| **TOTAL SECURED:** | **$13,478.74** | **$1,641.51** | **$518.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39,368.94** | **$116.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,745.73 |
| Disbursements to Creditors | $2,276.77 |
| **TOTAL DISBURSEMENTS :** | **$4,022.50** |

**UST Form 101-13-FR-S (09/01/2009)**

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/05/2018                    By: /s/ Tom Vaughn
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**